In the Matter of NEW YORK CITY TRANSIT AUTHORITY, Respondent, v TRANSPORT WORKERS UNION OF AMERICA, LOCAL 100, et al., Appellants.

Submitted December 7, 2009; decided December 15, 2009

Reported below, 60 AD3d 1.

Motion by New York State United Teachers for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and 24 copies filed within seven days.

GUY T. PARISI et al., Appellants, v TOWN OF SOUTHAMPTON, NEW YORK, Respondent.

Submitted October 19, 2009; decided December 15, 2009

Reported below, 54 AD3d 320.

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [see 13 NY3d 704 (2009)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RIO JACKSON, Appellant.

Submitted December 7, 2009; decided December 15, 2009

Reported below, 65 AD3d 1057.

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.